UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL E. RIGGINS,

                   Petitioner,

v.                          Case No. 3:12-cv-72-J-34JBT

SECRETARY OF THE FLORIDA
DEPARTMENT OF CORRECTIONS,
et al.,

                   Respondents.

_____

## <u>ORDER</u>

Respondents, **no later than December 31, 2014**, shall supplement the record by submitting the voir dire transcript and providing a copy to Petitioner. Additionally, Respondents must file a Supplemental Response, addressing the merits of ground one, including the name of the venire person, with appropriate citations to the voir dire transcript. Petitioner, **no later than January 14, 2015**, may file a Supplemental Reply, if he elects to do so. Or, he shall notify the Court that he will rely on his assertions and claims in the Petition.

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of December, 2014.

MARCIA MORALES HOWARD
United States District Judge

sc 12/5
c:
Michael E. Riggins
Ass't Attorney General (McCoy)